# United States Bankruptcy Court
## District of Puerto Rico

In re  **ALL SPECIALIZED CARE AND HEALTH SERVICES, INC.**                   Case No.  __10-04345__
Debtor(s)                                          Chapter  __11__

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| ALL ORTHODONTICS SERVICES, P.S.C.<br>1311 AMERICO MIRANDA, AVE<br>SAN JUAN, PR 00921-2109 | ALL ORTHODONTICS SERVICES, P.S.C.<br>1311 AMERICO MIRANDA, AVE<br>SAN JUAN, PR 00921-2109 | MONEY LOANED | | 10,119.22 |
| CONVENTION CENTER PARKING, INC.<br>600 MANUEL FERNANDEZ JUNCOS, AVE<br>SUITE GC-14, ADMINISTRATION OFFICE<br>San Juan, PR 00907 | CONVENTION CENTER PARKING, INC.<br>600 MANUEL FERNANDEZ JUNCOS, AVE<br>SUITE GC-14, ADMINISTRATION OFFICE<br>San Juan, PR 00907 | MONEY LOANED | | 9,422.12 |
| DAD DEVELOPERS AND CONTRACTORS, INC<br>1311 AMERICO MIRANDA, AVE<br>SAN JUAN, PR 00921-2109 | DAD DEVELOPERS AND CONTRACTORS, INC<br>1311 AMERICO MIRANDA, AVE<br>SAN JUAN, PR 00921-2109 | MONEY LOANED | | 26,652.43 |
| FB PROPERTIES, INC.<br>PMB 465<br>90 RIO HONDO AVE<br>BAYAMON, PR 00961-3105 | FB PROPERTIES, INC.<br>PMB 465<br>90 RIO HONDO AVE<br>BAYAMON, PR 00961-3105 | LEASE CONTRACT´S ARREARS | Disputed | 7,000.00 |
| GOLDEN TRIANGLE REALTY, S.E.<br>600 MANUEL FERNANDEZ JUNCOS, AVE<br>SUITE GC-14, ADMINISTRATION OFFICE<br>San Juan, PR 00907 | GOLDEN TRIANGLE REALTY, S.E.<br>600 MANUEL FERNANDEZ JUNCOS, AVE<br>SUITE GC-14, ADMINISTRATION OFFICE<br>San Juan, PR 00907 | MONEY LOANED | | 114,759.68 |
| LCDO. FERNANDO AGRAIT<br>701 PONCE DE LEON AVE<br>CENTRO DE SEGUROS SUITE 414<br>SAN JUAN, PR 00907 | LCDO. FERNANDO AGRAIT<br>701 PONCE DE LEON AVE<br>CENTRO DE SEGUROS SUITE 414<br>SAN JUAN, PR 00907 | LEGAL SERVICES | Disputed | 16,581.50 |
| LCDO. JOSE PRIETO CARBALLO<br>PO BOX 363565<br>SAN JUAN, PR 00936-3565 | LCDO. JOSE PRIETO CARBALLO<br>PO BOX 363565<br>SAN JUAN, PR 00936-3565 | LEGAL SERVICES | Disputed | 4,000.00 |

In re   **ALL SPECIALIZED CARE AND HEALTH SERVICES, INC.**       Case No.   **10-04345**

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
## (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **M.L. & R.E. LAW FIRM**<br>**513 JUAN J. JIMENEZ St.**<br>**HATO REY**<br>**SAN JUAN, PR 00918** | **M.L. & R.E. LAW FIRM**<br>**513 JUAN J. JIMENEZ St.**<br>**HATO REY**<br>**SAN JUAN, PR 00918** | **LEGAL SERVICES** | **Disputed** | **5,269.95** |
| **POPULAR AUTO, INC**<br>**PO BOX 50045**<br>**SAN JUAN, PR 00903** | **POPULAR AUTO, INC**<br>**PO BOX 50045**<br>**SAN JUAN, PR 00903** | **MEDICAL EQUIPMENT LEASE CONTRACT** | | **192,257.54** |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the PRESIDENT of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   **May 21, 2010**                          Signature   **/s/ DAVID SANTIAGO MARTINEZ**

**DAVID SANTIAGO MARTINEZ**
**PRESIDENT**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.