# United States Bankruptcy Court
## District of Puerto Rico

In re **ALL SPECIALIZED CARE AND HEALTH SERVICES, INC.**  
Debtor(s)

Case No. **10-04345**  
Chapter **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | |
   |---|---|
   | For legal services, I have agreed to accept | $ **$150.00/Hr** |
   | Prior to the filing of this statement I have received | $ **5,000.00** |
   | Balance Due | $ **0.00** |

2. $ **1,039.00** of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ☒ Debtor  ☐ Other (specify):

4. The source of compensation to be paid to me is:

   ☒ Debtor  ☐ Other (specify):

5. ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of the law firm **LAJARA RADINSON & ALICEA, P.S.C.**

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. [Other provisions as needed]

   **Analysis of the financial situation, and rendering advice and assistance to the debtor in determining whether to file a petition under title 11 of the United States Code; Preparation and filing of the petition, schedules, statement of financial affairs and other documentation required by the court; Representation of the debtor at the meeting of creditors; Negotiations with secured creditors to reduce to market value; Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated: **May 21, 2010**

/s/ **DIOMEDES LAJARA RADINSON**  
DIOMEDES LAJARA RADINSON  
LAJARA RADINSON & ALICEA, P.S.C.  
1303 AMERICO MIRANDA, AVE.  
SAN JUAN, PR 00921-2109  
787-781-6767  Fax: 787-774-9324  
dlajara@lra-law.com